

# Fourth Court of Appeals
## San Antonio, Texas

January 2, 2020

No. 04-19-00790-CV

**IN RE** Joshua **KARLIN**

Original Mandamus Proceeding[1]

**ORDER**

On November 7, 2019, relator filed a petition for writ of mandamus. The real party in interest filed a response, to which relator replied. After considering the petition, response, reply, and the record, this court concludes relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is denied. *See* TEX. R. APP. P. 52.8(a).

It is so **ORDERED** on January 2, 2020.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of January, 2020.

_Michael A. Cruz_
Michael A. Cruz, Clerk of Court

---

[1] This proceeding arises out of Cause No. 2015CI08588, styled *In the Interest of K.G.K., a Child*, pending in the 408th Judicial District Court, Bexar County, Texas, the Honorable Laura Salinas presiding.